| JAMAL MILLER | * | NO. 2023-C-0777 |
|---|---|---|
| VERSUS | * | COURT OF APPEAL |
| CHRISTOPHER RIDEAUX, FRISCHHERTZ ELECTRIC COMPANY, INC., AND THE GRAY INSURANCE COMPANY, INC. | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

KKH

**HERMAN, J., CONCURS IN PART AND DISSENTS IN PART FOR THE REASONS ASSIGNED BY JUDGE BELSOME**